UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TREVIN NUNNALLY, SR.,

    Plaintiff,

v.                                                Case No. 3:19cv308-MCR-HTC

ELIZABETH TIMOTHY, U.S.
MAGISTRATE JUDGE; JUDICIAL
CONFERENCE OF THE UNITED
STATES, PENSACOLA DIVISION
and CHIEF JUSTICE OF THE
U.S. SUPREME COURT, AS OVERSEER
OVER JUDICIAL CONFERENCE OF THE
UNITED STATES, PENSACOLA DIVISION,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding *pro se*, filed a complaint (ECF Doc. 1) asserting claims under 42 U.S.C. § 1983. Plaintiff also filed a motion to proceed *in forma pauperis* on March 4, 2019 (ECF Doc. 9),[1] which was denied without prejudice as it was deficient. Accordingly, Plaintiff was ordered to correct the deficiency by April 22, 2019. ECF Doc. 11. On April 1, 2019, Plaintiff attempted

---

[1] Plaintiff initially filed a motion to proceed in forma pauperis on February 7, 2019, but that motion was deficient as it was not made on the Northern District's approved form, and thus, the Plaintiff was ordered to file a new corrected motion or pay the filing fee. ECF Docs, 7, 8.

Case No. 3:19cv308-MCR-HTC

to correct the deficiency by submitting a printout of the transactions from his inmate account for the preceding 6-month period. ECF Doc. 12. Now that Plaintiff's motion to proceed *in forma pauperis* is complete, the undersigned has reviewed Plaintiff's complaint and finds that it should be dismissed as Plaintiff has identified three (3) prior suits filed under 28 U.S.C. § 1915, which were each dismissed on the grounds that it was frivolous, malicious or failed to state a claim. ECF Doc. 1.

Pursuant to 28 U.S.C. § 1915, "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Section 1915, however, goes on to state that,

> [i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff's litigation history reveals that he is a "three-striker."  The Court takes judicial notice of the following cases Plaintiff filed that were dismissed as frivolous, malicious or for failure to state a claim upon which relief can be granted: *Nunnally v. Timothy, et al.*, Case No. 3:17cv761-LC-CJK (N.D. Fla.) (dismissing Plaintiff's complaint for failure to state a claim upon which relief can be granted); *Nunnally v. Timothy, et al.*, Case No. 3:18cv1424-MCR-CJK (N.D. Fla.) (dismissing Plaintiff's complaint as malicious for failure to disclose complete litigation history); *Nunnally v. Administrative Office of the United States Courts, Director*, Case No. 1:17cv972-UNA (D.C.) (dismissing Plaintiff's complaint for failure to state a claim upon which relief can be granted).  Plaintiff in the instant case is the same plaintiff in the cases cited above as each plaintiff bears the same inmate number, 87924 020.

According to 28 U.S.C. § 1915(g), a prisoner who is no longer entitled to proceed *in forma pauperis* must pay the filing fee at the time he initiates his lawsuit, and his failure to do so warrants dismissal of his case without prejudice. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002)  (holding that "the proper procedure is for the district court to dismiss the complaint without prejudice when it denies the prisoner leave to proceed *in forma pauperis* pursuant to the provisions of § 1915(g)" because the prisoner "must pay the filing fee at the time he initiates the suit"); *Vanderberg v. Donaldson*, 259 F.3d 1321, 1324 (11th Cir. 2001) (stating that after three (3) meritless suits, a prisoner must pay the full filing fee at the time he *initiates*

suit). The only exception is if the prisoner alleges he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g); *Brown v. Johnson*, 387 F.3d 1344 (11th Cir. 2004). That exception does not apply here as Plaintiff has made no such allegations in his complaint. To the contrary, the allegations in his complaint appear to relate to acts that occurred in the past, namely his prior arrest. Thus, the undersigned recommends this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). Plaintiff is precluded from bringing this suit *in forma pauperis*.

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

2. That the clerk be directed to close the file.

DONE AND ORDERED this 18th day of April, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:19cv308-MCR-HTC