UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TREVIN NUNNALLY, SR.,

    Plaintiff,

v.                                      CASE NO. 3:19cv308-MCR-HTC

ELIZABETH TIMOTHY, U.S.
MAGISTRATE JUDGE; JUDICIAL
CONFERENCE OF THE UNITED
STATES, PENSACOLA DIVISION
and CHIEF JUSTICE OF THE
U.S. SUPREME COURT, AS
OVERSEER OVER JUDICIAL
CONFERENCE OF THE UNITED
STATES, PENSACOLA DIVISION,

    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 18, 2019. ECF Doc. 13. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3. The clerk shall close the file.

**DONE AND ORDERED** this 17th day of May 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**